# Third District Court of Appeal
## State of Florida

Opinion filed December 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2102
Lower Tribunal Nos. F08-21731; F08-22479; F08-22491; F08-29745;
F08-24743; F08-33667

_____

**Calvin Watkins,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Calvin Watkins, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.